**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

TYRIE HENDERSON                                                                                          PLAINTIFF

V.                                                                     CIVIL ACTION NO. 2:13-cv-303-CWR-FKB

CAROLYN W. COLVIN                                                                                   DEFENDANT
United States Social Security Administration

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court pursuant to the Report and Recommendation of United States Magistrate Judge F. Keith Ball, which was entered on February 6, 2015. Docket No. 17. The Report and Recommendation clearly notified the parties that failure to file written objections to the findings and recommendations contained therein within fourteen (14) days after service would bar further appeal in accordance with 28 U.S.C. § 636. *Id.* at 6; *see also* Fed. R. Civ. P. 72(b)(2).

This Court, finding that there has been no submission of written objections by any party, hereby adopts said Report and Recommendation as the Order of this Court. Accordingly, this case remanded so that the full, correct legal standards may be applied to Plaintiff's claims under Listing 112.05(D) and 12.05(C).

**SO ORDERED**, this the 26th day of February, 2015.

                                                                                    s/ Carlton W. Reeves
                                                                                    UNITED STATES DISTRICT JUDGE